**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar #4417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
Attorneys for Secured Creditor

US Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through
Certificates Series 2004-11
10-73145

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | **BK-S-10-53096-gwz** |
|---|---|
| Deborah A. Braat, | Chapter 13 |
| Debtor(s). | **NEGATIVE NOTICE OF ORDER RE ADEQUATE PROTECTION** [No Hearing Unless An Objection Is Set And Noticed By A Party In Interest] |

TO:    DEBTOR: Deborah A. Braat
         ATTORNEY FOR DEBTOR: Tyler M. Elcano, Esq.
         TRUSTEE: William Van Meter
         ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN THAT: the attached ORDER RE ADEQUATE

PROTECTION marked as Exhibit "A", said Order is being circulated for Signatures.   This

Order will be lodged for entry with the U.S. Bankruptcy Court once signed by the parties.   In

the event that parties do not sign the Order RE Adequate Protection within twenty (20) days

from date below, we respectfully request to lodge said order.

///

THIS NOTICE IS FURTHER GIVEN THAT: pursuant to Local Rule 9014, it is duty of any objecting party to timely set the objection for hearing and properly notice all parties in interest. An objection may be set for hearing by obtaining a hearing date from the Clerk of the United States Bankruptcy Court at (702) 527-7000. After a hearing date is obtained, the objection must be timely:

1.    filed with the U.S. Bankruptcy Court Clerk (located at 300 Booth Street, Reno, NV; and

2.    served on the above-named counsel and all other interested parties including, but not limited to, the trustee, the debtor and the U.S. Trustee; and

3.    noticed to other parties of interest as required by Federal Rules of Bankruptcy Procedure.

The opposition must set forth all relevant facts and must contain a legal memorandum.

NOTICE IS FURTHER GIVEN THAT: if an objection is not filed, set for hearing, served, and properly noticed WITHIN TWENTY (20) DAYS FROM THE DATE BELOW, AN ORDER GRANTING THE ABOVE-REQUESTED RELIEF MAY BE ENTERED BY THE UNITED STATES BANKRUPTCY COURT WITHOUT FURTHER NOTICE OF HEARING, pursuant to 11 U.S.C Section 102(1)(B)(i)

Dated: _____

TIFFANY & BOSCO, P.A.

GREGORY L. WILDE, ESQ.
212 South Jones Boulevard
Las Vegas, NV 89107
Attorney for Secured Creditor

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bknv@wildelaw.com

U.S. Bank National Association, as Trustee for Bear Stearns ARM Trust, Mortgage Pass-Through Certificates Series 2004-11
10-73145

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Deborah A. Braat

             Debtor.

BK-S-10-53096-gwz

MS Motion No.
Date:
Time:

Chapter 13

## ORDER RE ADEQUATE PROTECTION

    Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

EXHIBIT  "A"

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 2 Monthly Payments at $820.28 (August 1, 2011 - September 1, 2011) | $1,640.56 |
| 2 Late Charges at $33.80 (August 1, 2011 - September 1, 2011) | $67.60 |
| Attorneys Fees | $400.00 |
| Suspense Amount | ($635.45) |
| Total | $1,472.71 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $245.46 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the October 20, 2011 payment and continuing throughout and concluding on or before February 20, 2012. The sixth final payment in the amount of $245.41 shall be paid on or before March 20, 2012. Debtor will not be penalized for early payment of these arrearages.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the October 1, 2011, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 6320 E Choctaw Court , Sun Valley,  NV 89433, and legally described as follows:

Lot 198 in Block A of STONE CREEK PHASE IV AT HIGHLAND RANCH NORTH, according to the official   map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on April 7, 1994, as File No. 1784555, Tract Map No. 3023.

///
///
///
///
///
///

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement.  If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured  Creditor, and Secured Creditor may thereafter proceed with enforcing its Security interest in the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

TIFFANY & BOSCO, P.A


By_____
        **GREGORY L. WILDE, ESQ.**
        Attorneys for Secured Creditor
        212 South Jones Boulevard
        Las Vegas, Nevada 89107


APPROVED AS TO FORM & CONTENT:

William Van Meter

By_____

William Van Meter
Chapter 13 Trustee
P.O. Box 6630
Reno, NV 89513

DARBY LAW PRACTICE, LTD.

By_____

Tyler M. Elcano, Esq.
Attorney for Debtors
4777 Caughlin Pkwy
Reno, NV 89519


Nevada Bar No._____

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on ____9/30____, 2011, a copy of NEGATIVE

NOTICE OF ORDER RE ADEQUATE PROTECTION was served *in the manner listed*

*below*:

1.  I served the above-named document(s) by the following means to the persons as listed

    below:

    *(Check all that apply)*

    a.  **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons*

        *and addresses and attach additional paper if necessary)*

    **Tyler M. Elcano, Esq. at tyler@darbylawpractice.com**
    **Attorney for Debtor(s)**

    **William Van Meter at c13ecf@nvbell.net**
    **Ch. 13 Trustee**

    b.  **United States mail, postage fully prepaid**

        *(List persons and addresses. Attach additional paper if necessary)*

    DEBTOR:
    Deborah A. Braat
    6320 Choctaw Ct
    Sun Valley, NV 89433

    DEBTOR'S COUNSEL
    Tyler M. Elcano, Esq.
    4777 Caughlin Prkwy.
    Reno, NV 89519

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: ____9/30____

TIFFANY & BOSCO, P.A.